THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GRAZIANO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY LA PONZINA, Appellant.— Defendants appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting them of violating section 986 of the Penal Law (book-making) and from the sentences imposed. Judgments reversed on the law and the facts, information dismissed, and fines remitted. The evidence adduced was insufficient to establish, beyond a reasonable doubt, the guilt of either defendant. No separate

appeal lies from the sentences, as such, which have been reviewed on the appeal from the judgments of conviction. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.